IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL WAYNE WATSON                                           PETITIONER

v.                        CIVIL No. 10-2124

SEBASTIAN COUNTY DETENTION CENTER                              RESPONDENT

### O R D E R

Petitioner, a prisoner of the Sebastian County Detention Center in Fort Smith, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district, together with a request for leave to proceed *in forma pauperis*. Since it appears he is unable to pay the cost for commencement of suit, the following Order is entered:

IT IS HEREBY ORDERED that Petitioner's Motion for Leave to Proceed *in forma pauperis* is granted and the clerk is directed to file the petition nunc pro tunc as of August 4, 2010. The matter of service will be determined at a later date.

IT IS SO ORDERED this 20 day of August 2010.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 20 2010

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK