```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

MICHAEL WAYNE WATSON                                        PETITIONER

    V.                       Civil No. 10-2124

FRANK ATKINSON, Sheriff
Sebastian County, Arkansas                                  RESPONDENT

### O R D E R

On this 23rd day of March 2011, there comes on for consideration the report and recommendation filed in this case on February 23, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 24). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition (Doc. 1) is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge

**AO72A**
**(Rev. 8/82)**