IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL WAYNE WATSON                                    PLAINTIFF/PETITIONER

    v.                Civil No. 10-2124

BILL HOLLENBECK, SHERIFF,
SEBASTIAN COUNTY, ARKANSAS                              DEFENDANT/RESPONDENT

O R D E R

    By order entered March 23, 2011, this Court adopted the report and recommendation of the United States Magistrate Judge and denied and dismissed Petitioner's habeas corpus petition.  (Doc. 26). Currently before the Court is Petitioner's **Motion for a Certificate of Appealability (doc. 30)**.  Petitioner has not made a "substantial showing of the denial of a constitutional right," as required for the issuance of a certificate of appealability.  28 U.S.C. § 2253(c)(2).  Accordingly, Petitioner's motion for a certificate of appealability is hereby **DENIED**.

    IT IS SO ORDERED this 10th day of November 2011.

                                /s/ Robert T. Dawson
                                HONORABLE ROBERT T. DAWSON
                                UNITED STATES DISTRICT JUDGE